# IN THE MAGISTRATE COURT OF HAMILTON COUNTY
# STATE OF TENNESSEE

FILED SEP 13 2018 Clerk, U.S. District Court Eastern District of Tennessee At Chattanooga

| | |
|---|---|
| REBECCA WINSTON )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAVONDA WILLIAMS )<br>)<br>Defendant, )<br>_____) | STATE CASE NO.: 18-GS-10363<br><br>FEDERAL CASE NO.: 1:18-cv-210<br><br>HSM/CHS |

## NOTICE OF REMOVAL TO FEDERAL COURT

TO PLAINTIFF: **REBECCA WINSTON,** AND HER ATTORNEYS

OF RECORD: PLEASE TAKE NOTICE THAT a Petition for Removal of the above captioned state case (state case no. **18-GS-10363**) was filed in the United States District Court for the Eastern District of Tennessee on Sept. 11, 2018. A copy of the said Notice of Removal is attached to this Notice, and is hereby served and filed herewith. **By the filing of this Notice with the Clerk of this state Court, together with the attached and corresponding petition and warrant for removal that was filed in the United States District Court prior, these state proceedings are now REMOVED, by automatic operation of federal law, and this Defendant now formally notifies the Court and all parties of that same fact, and pursuant to the express and specific language of 28 U.S.C. 1441, et seq., immediately upon the filing of this Notice, with the Clerk of this Court, this case has been already removed; The removal of jurisdiction from this Court is automatic by operation of federal law, and does not

require any additional written order from the District Judge to cause this removal to become "effective" – the removal is an automatic judicial event, and immediate by operation of law.

    WHEREFORE, the undersigned Defendant, notifies the Court and all other parties that this cause is now removed, that this court now has absolutely no jurisdiction for any judgment in this cause, bar none, unless and until the United States District Court may or may not remand, and further moves for all other relief that is just and proper in the premises.

DATED: September 11, 2018

Respectfully submitted,

*[signature]*
LAVONDA WILLIAMS
PRO SE

Lavonda Williams
4744 Norcross Road
Apt B
Chattanooga, TN 37343

423-884-5382